FILED
CLERK, U.S. DISTRICT COURT
MAR 25 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS W. TYNDALL,<br>    Petitioner,<br>    v.<br>LINDA SANDERS, WARDEN,<br>    Respondent. | Case No. CV 08-1808 GHK (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the pending petition is dismissed for the reasons set forth in the related Order Dismissing Petition for Lack of Jurisdiction.

Dated: 3/23/08, 2008

GEORGE H. KING
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 25 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY